## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  June 23, 2016                521876
_____

In the Matter of ERIC TOLLIVER,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision,
                    Respondent.
_____

Calendar Date:  May 3, 2016

Before:  Peters, P.J., Garry, Egan Jr., Devine and Clark, JJ.

_____

        Eric Tolliver, Fallsburg, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination finding him guilty of violating certain prison disciplinary rules.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account.  In view of this, and given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (see Matter of Robinson v Prack, 137 AD3d 1452, 1452 [2016];

<u>Matter of Mercer v Stallone</u>, 137 AD3d 1408, 1408 [2016]).

Peters, P.J., Garry, Egan Jr., Devine and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court